RECEIVED
NOV 0 3 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-115 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ANDREA RENEE CULBERSON, | ) | T. 18 U.S.C. § 922(a)(6) |
| | ) | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Drug User in Possession of a Firearm and Ammunition)

On or about July 10, 2020, in the Southern District of Iowa, the defendant, ANDREA RENEE CULBERSON, in and affecting commerce, knowingly possessed a firearm and ammunition, namely: a loaded, SCCY Industries nine-millimeter pistol, Model CPX-2, with serial number 682767, and nine-millimeter ammunition. At the time of the offense, the defendant knew she was an unlawful user of a controlled substance, namely: marijuana.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(False Statement During Purchase of a Firearm)**

On or about July 16, 2020, in the Southern District of Iowa, the defendant, ANDREA RENEE CULBERSON, in connection with the acquisition of a firearm, namely FNP .40 caliber pistol, with serial number 61CMP12860 from Quick Cash Pawnbrokers, a licensed dealer of firearms, did knowingly make a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely represented on ATF Form 4473, Question 11e, that she was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance.

This is a violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, ANDREA RENEE CULBERSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms, magazines, silencers, and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney